# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| SHAMEEK ADAMS, | : No. 34 MAP 2017 |
| | : |
| Appellant | : Appeal from the Memorandum/Order |
| | : of the Commonwealth Court at No. 60 |
| | : MD 2017 dated May 11, 2017. |
| v. | : |
| | : |
| | : |
| PENNSYLVANIA PAROLE BOARD, | : |
| BOARD SECRETARY JOHN J. | : |
| TALABER, ESQ., | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**                                     **DECIDED:  October 17, 2018**

**AND NOW,** this 17th day of October, 2018, the order of the Commonwealth Court
is affirmed.